**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6138

EDWARD LEE BARKSDALE,

Plaintiff - Appellant,

versus

DAVID POWELL, Director of Virginia Parole
Board; KATHRYN C. HALL, Parole Hearing
Officer; MATTHEW WARD, Parole Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:06-cv-01453)

Submitted:  April 19, 2007          Decided:  April 25, 2007

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Lee Barksdale, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Lee Barksdale appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barksdale v. Powell, No. 1:06-cv-01453 (E.D. Va. Jan. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED